FILED
SUPERIOR COURT
OF GUAM

2024 FEB -2 PM 4:48

CLERK OF COURT

BY:_____

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM, | CRIMINAL CASE NO. CF0343-22 |
| | GPD Case Nos. 21-10914/22-13561 |
| vs. | |
| RICKEY CHRIS MCINTOSH, JR., | DECISION AND ORDER GRANTING |
| aka Rickey Chris McIntosh; aka Ricky | MOTION TO WITHDRAW, APPOINTING |
| Chris McIntosh; aka Ricky Chris McIntosh, | NEW COUNSEL AND TOLLING |
| Jr.; aka Joey Tole Chariss Santiago, | SPEEDY TRIAL CLOCK |
| DOB: 03/15/1977, | |
| Defendant. | |

This matter is before the Honorable Maria T. Cenzon on Attorney Mun Su Park's ("Attorney Park") Motion to Withdraw as Counsel and Declaration of Counsel In Support of Motion to Withdraw As Counsel filed with the Court on February 1, 2024 (the "Motion"). Attorney Park was appointed by this Court to represent Defendant Rickey Chris McIntosh, Jr. (the "Defendant") in this case on January 30, 2024, after Attorney R. Marsil Johnson was granted leave to withdraw for reasons cited during the hearing and as detailed in his Motion to Withdraw as Counsel and accompanying Declaration. *Hrg. on Jan. 30, 2024* at 9:52:01 AM to 10:00:00 AM (1/30/2024); Ntc. of Court Appointed Counsel (Jan. 31, 2024). See *Mot. and Mem. In Support of Motion to Withdraw as Counsel; Decl. of R. Marsil Johnson In Support of Mot. To Withdraw as Counsel* (Jan. 30, 2024). The People do not oppose the Motion.

The Declaration submitted by Attorney Park in support of the Motion establishes good cause to grant the Motion due to Attorney Park's medical condition requiring hospitalization, among other good causes cited therein. *See* Decl. at ¶¶ 2-5. Additionally, after the Court granted Attorney Johnson's oral motion to withdraw as counsel, the Defendant asserted his right to speedy trial on January 30, 2024. *Id.* at 9:54:39 AM – 10:00:00 AM. The Court emphasizes that the need to appoint Defendant new counsel is attributed to Defendant's claim, when Attorney William Pole represented him, that he "has lost faith in his attorney" and for other reasons set forth during the hearing on August 14, 2023, when the Court inquired, outside of Attorney Pole's presence, the

reasons for his request for new indigent counsel. *See, Mot. to Withdraw as Counsel and Memorandum of Points and Authorities* (Jul. 25, 2023); *Decl. of Attorney Pole* (filed under seal)(Jul. 25, 2023). See also, *Guam v. Flores,* 2009 Guam 22 (citing *Saffold v. State,* 521 So.2d 1368, 1372 (Ala.Crim.App. 1987)("[W]e find that appellant's 'irrectoncilable differences' with his first attorney tolled the running of the statutory period. It is certainly appropriate to attribute this delay to appellant.")). The multiple appointments of indigent counsel due to financial, medical and other hardship requests and conflicts of interest constitutes good cause to toll the speedy trial clock under the circumstances and in light of Promulgation Order No. 06-006-25 (Nov. 17, 2023) suspending Private Attorney Panel (PAP) appointments in felony and misdemeanor cases until May 16, 2024.[1] Moreover, the Court finds that the appointment of conflict-free counsel who resides in Guam, who is not unable for medical or health reasons to provide representation to the defendant is in the Defendant's best interest and to his benefit.[2] Thus, the Speedy Trial clock continues to be tolled until conflict-free counsel can be appointed.

Therefore, for the reasons set forth herein, it is hereby ORDERED that Attorney Park is relieved from representing the Defendant in this matter. Attorney Mark Smith is hereby appointed to represent the Defendant.

A Further Proceedings Hearing shall be held on **February 5, 2024,** at the hour of 9:00 AM (VIA ZOOM).

**SO ORDERED** this **FEB 0 2 2024**

**SERVICE VIA EMAIL**
I acknowledge that an electronic copy of the original was e-mailed to:

AG, Mun Su Park, Mark Smith

Date: 2/2/24 Time: 4:55

Cawlerio

Deputy Clerk, Superior Court of Guam

**HONORABLE MARIA T. CENZON**
**JUDGE, SUPERIOR COURT OF GUAM**

---

[1] *See also, People v. Tedtaotao,* 2015 Guam 31 ¶¶39 – 41.

[2] *Guam v. Flores,* 2009 Guam 22 ¶ 38. During the hearing, after Attorney Johnson was excused, the Court appointed Julienne Nucum as counsel; however, Attorney Nucum does not reside in Guam, but in San Francisco, California. *Hrg.* at 9:58:41 AM. To appoint her would further delay the case, as she would have to review the file remotely and determine whether any conflicts existed, which would allow several days to pass before any anticipated motion to withdraw would be filed. Consequently, the Court appointed Attorney Michael Pangelinan to represent Defendant; however, the Court previously granted a Motion to Withdraw filed by prior counsel Rodney Jacob who is a partner in the same firm as Attorney Pangelinan, *Dec. and Order Granting Mot. to Withdraw as Counsel and Order Appointing New Counsel* (Jan. 22, 2024), and on that basis proceeded to appoint Attorney Park.